1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    CENTRAL DISTRICT OF CALIFORNIA
9
10  EARNEST ALEXANDER,              )   Case No. CV 18-5505 DOC (FFM)
                                    )
11                  Petitioner,     )   ORDER ACCEPTING FINDINGS,
                                    )   CONCLUSIONS AND
12        v.                        )   RECOMMENDATIONS OF
                                    )   UNITED STATES MAGISTRATE JUDGE
13  S. SHERMAN,                     )
                                    )
14                  Respondent.     )
    _____ )
15
16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this
17  action, the Report and Recommendation of United States Magistrate Judge ("Report"),
18  and the objections to the Report.  Good cause appearing, the Court concurs with and
19  accepts the findings of fact, conclusions of law, and recommendations contained in the
20  Report after having made a de novo determination of the portions to which objections
21  were directed.
22        IT IS ORDERED that judgment be entered denying the Petition with prejudice.
23
24  DATED: December 17, 2019
25
                                        _David O. Carter_____
26
                                            DAVID O. CARTER
27                                          United States District Judge
28