JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST ALEXANDER,<br><br>        Petitioner,<br><br>   v.<br><br>S. SHERMAN,<br><br>        Respondent. | Case No. CV 18-5505 DOC (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: December 17, 2019

*David O. Carter*
DAVID O. CARTER
United States District Judge